**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICHARD SCOTT MCILVAINE**<br>　　　　**Plaintiff,**<br>v.<br>**1SEO TECHNOLOGIES, INC.,** *et al.*<br>　　　　**Defendant.** | **CIVIL ACTION NO. 19-2675** |

# ORDER

**AND NOW**, this 10th day of September 2020, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 20], and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Complaint is **DISMISSED with prejudice** and the Clerk is directed to **CLOSE** the case.

　　　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**